UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SALVADOR LARA, *et al.*,

            Plaintiffs,

    v.

THE MACERICH COMPANY, *et al.*,

            Defendants.

CASE NO. 2:19-cv-01673-JCC-JRC

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE AND
PRETRIAL SCHEDULE

This matter is before the Court on the parties' stipulated motion to continue the trial date and pretrial schedule. *See* Dkt. 27. Based on the parties' stipulation, the Court finds good cause to grant the request. The Court re-schedules this case for a twelve-day jury trial on **September 20, 2021, at 9:30 a.m., before the Honorable John C. Coughenour, Courtroom 16206**. The pretrial scheduling order (Dkt. 22) is amended as follows:

| Event | New Deadline |
|---|---|
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **January 4, 2021** |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **January 18, 2021** |

| Rebuttal expert disclosures | **February 1, 2021** |
|---|---|
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | |
| Discovery completed by | **April 20, 2021** |
| All dispositive motions must be filed by (*see* LCR 7(d)) | **May 20, 2021** |
| All motions in limine must be filed by this date and noted on the motion calendar and noted on the motions calendar in accordance with LCR 7(d)(4).<br><br>Motions in limine raised in trial briefs will not be considered. | **August 6, 2021** |
| Agreed LCR 16.1 Pretrial Order due | **August 20, 2021** |
| Trial briefs, proposed voir dire, jury instructions and exhibits by | **September 13, 2021** |

Dated this 8th day of October, 2020.


J. Richard Creatura
United States Magistrate Judge